JOHN P. STENNETT, SBN: 72815
(stennett@stennettcasino.com)
BARBARA A CASINO, SBN: 091952
(bcasino@stennettcasino.com)
STENNETT & CASINO
501 W. Broadway, Suite 1340
San Diego, CA 92101
Telephone: (619) 544-6887
Fax: (619) 233-3796

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ATHENA ANGEROSA, | NO.   '13 CV 1563 BEN DHB |
|---|---|
| Plaintiff, | |
| v. | **COMPLAINT FOR RELIEF UNDER ERISA** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; IDEX CORPORATION PERSONAL CHOICECOMP PLAN, | (29 U.S.C. § 1001 et seq.) |
| Defendants. | |

COMES NOW the plaintiff who alleges against defendants as follows:

## NATURE OF ACTION

1.     This is an action arising under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001 et seq.

## JURISDICTION AND VENUE

2.     This court has subject matter jurisdiction pursuant to 29 U.S.C. § 1132(e)(1) and 28 U.S.C. § 1331.

3.     Venue is proper in this district pursuant to 29 U.S.C. § 1132(e)(2).

4.     UNUM LIFE INSURANCE COMPANY OF AMERICA (hereinafter referred to as "UNUM") is a Corporation duly authorized to transact business as an insurer in the State of California.

5.   Plaintiff was employed by CVI LASER, LLC which is a subsidiary of IDEX CORPORATION who sponsored group life and accidental death and dismemberment benefits for its employees and their dependents.  IDEX CORPORATION is the Administrator of the PLAN known as IDEX CORPORATION PERSONAL CHOICECOMP PLAN (hereinafter referred to as the "PLAN").  Plaintiff is informed that the Plan is an employee welfare benefit plan as defined by 29 U.S.C. § 1002(1).

6.   At all times herein mentioned plaintiff ATHENA ANGEROSA was a resident of San Diego with her husband, DOMINIC ANGEROSA, until his accidental death on August 16, 2012.

### FIRST CAUSE OF ACTION
(For Benefits Under 29 U.S.C. § 1132)

7.   Defendant UNUM issued a group Life and Accidental Death and Dismemberment policy and a Personal Accident Insurance policy to IDEX CORPORATION for the benefit of participating employees and their dependents. Plaintiff's husband, DOMINIC ANGEROSA was covered under the Plan when he was involved in a fatal accident on August 16, 2012.  Said PLAN provided benefits in the total amount of $95,000.00 to plaintiff in the event of the accidental death of decedent DOMINIC ANGEROSA.

8.   Under the Life and Accidental Death and Dismemberment policy issued by UNUM, plaintiff was the beneficiary of a policy covering her husband for $10,000.00 in straight life insurance benefits and an additional $10,000.00 in accidental death and dismemberment benefits.  The only exclusions applicable to these coverages were that the PLAN did not pay benefits where "death is caused by, contributed to by, or results from:" suicide.  A copy of page 25 from the Summary Plan Description (SPD) describing the coverage for a dependent under the Life and Accident Death and Dismemberment Plan is attached hereto marked

2

1    as Exhibit "1."

2        9.      Plaintiff was also the beneficiary of a Personal Accidental Insurance

3    policy issued by UNUM in the amount of $75,000.00 covering accidental death of

4    her husband.  This coverage included the same suicide exclusion as well as an

5    exclusion for "loss that is caused by, contributed by, or resulting from ... disease of

6    the body, bodily or mental infirmity...."  A copy of pages 30-31 from the Summary

7    Plan Description (SPD) describing the coverage for a dependent under the

8    Personal Accidental Insurance Plan are attached hereto marked Exhibit "2."

9        10.     DOMINIC ANGEROSA died as a result of injuries sustained in a fall

10   on August 16, 2012.  The County of San Diego Medical Examiners Office

11   investigation concluded that the manner of death was accidental with the

12   immediate cause of death "subdural hemorrhage," "blunt force injury of the head."

13       11.     Following the death of DOMINIC ANGEROSA, plaintiff made

14   timely claims for death benefits and performed all conditions required under the

15   PLAN for benefits.

16       12.     Defendant UNUM paid plaintiff the straight life benefits of

17   $10,000.00 plus interest.

18       13.     By letter dated January 22, 2013, defendant UNUM notified plaintiff

19   that they were refusing to pay benefits to plaintiff for accidental death based on

20   the following exclusions contained in the policy:

21               Your plan does not cover any accidental losses caused
                 by, contributed to by, or resulting from:
22               ...

23       •       disease of the body or diagnostic, medical or
                 surgical treatment of mental disorder as set forth in
24               the latest edition of the Diagnostic and Statistical
                 Manual of Mental Disorders.
25

26   Even though the immediate cause of Mr. ANGEROSA'S death was a blow to the

27   head causing subdural hemorrhaging, UNUM asserted that his death was

28   contributed to by his advanced metastatic prostate carcinoma.

14.   Plaintiff appealed defendant's denial of benefits by letter dated April 19, 2013.  Plaintiff's appeal provided defendant UNUM, among other things, with a letter from Dr. Morhaime, Deputy Medical Examiner for the San Diego County Office of the Medical Examiner.  Therein, Dr. Morhaime set forth the cause of Mr. ANGEROSA'S death was blunt force injury to the head, the manner of death was accidental, and she listed as a contributing condition his prostate carcinoma with thrombocytopenia.  However, she explained that elderly persons are more subject to developing subdural hemorrhages; that she often certifies death in the elderly due to subdural hemorrhages without any contributing factors.  However, when there is any factor that <u>could</u> contribute to the mechanism, she will place that under the contributing conditions portion of the death certificate.  In this case, though she listed Mr. ANGEROSA'S thrombocytopenia as a contributing condition, she could not say that his death would not have occurred solely from the head trauma without the thrombocytopenia condition.

15.   Defendant UNUM denied plaintiff's appeal, asserting that Mr. ANGEROSA did not suffer an accidental bodily injury because his cancer put him in a weakened condition which contributed to the cause of his fall.  UNUM also asserted that the thrombocytopenia substantially contributed to his subdural bleeding resulting in his death and thus the exclusion for loss contributed by disease of the body would defeat coverage.

16.   Plaintiff has exhausted all administrative remedies reasonably available to her to collect the benefits due her under the PLAN.

17.   UNUM has the burden of proving facts that would cause plaintiff's claim to fall under one of the exclusions cited as a basis for denying her claim for accidental death benefits.  UNUM failed to present substantive evidence that DOMINIC ANGEROSA'S death was caused by an illness.

18.   Plaintiff is entitled under the PLAN to the accidental death benefits in the amount of $85,000.00, ($10,000.00 AD&D policy and $75,000.00 Personal

Accident policy) plus interest and reasonable attorney's fees and costs pursuant to 29 U.S.C. § 1132(g)(1).

19.     On information and belief, plaintiff alleges that defendant UNUM was the claims administrator, performed all claims administration functions, made all decisions regarding plaintiff's eligibility for benefits under the PLAN and is responsible for making all payment of benefits under the PLAN.  Defendant UNUM thus stood in a fiduciary relationship with the PLAN and plaintiff.

20.     The PLAN did not grant UNUM discretionary authority to determine eligibility of participants to plan benefits or to interpret the PLAN.  Thus, the standard of review on this matter would be de novo.

21.     At all times herein mentioned, the conduct of defendants and each of them was carried out through the acts and/or omissions of their agents, administrators, representatives, and/or employees, and the conduct of said agents and/or employees was authorized and ratified by defendants and/or the officers, directors and/or managing agents, and each of them.

WHEREFORE, plaintiff prays judgment as follows:

(1)     For unpaid PLAN benefits as described in this Complaint;

(2)     For attorneys' fees according to proof;

(3)     For costs of suit incurred herein; and,

(4)     For such other and further relief as the Court may deem proper, including interest (prejudgment and otherwise) on sums due.

STENNETT & CASINO
Attorneys for Plaintiff

By /s/        *John P. Stennett*
            JOHN P. STENNETT

Exhibit "1"

# Life and Accidental Death & Dismemberment Benefits

## Company-Paid Basic Life and AD&D Benefits

As an IDEX employee, you automatically receive Company-Paid basic life insurance:

- A basic life insurance benefit equal to one times your annual base pay (rounded to the next highest $1,000).
- A $10,000 life insurance benefit for your spouse and each unmarried, dependent child under age 19 or under age 25 if a full-time student.

  **Imputed Income**
  The cost of life insurance in excess of $50,000 will be treated as imputed income to you subject to both federal income and FICA taxes.

- An Accidental Death and Dismemberment (AD&D) benefit equal to an additional one times your annual base pay if you die as the result of an accident. AD&D benefits are also payable to you if you lose an eye or limb in an accident.
- An additional AD&D benefit of $10,000 is payable to you if your spouse or a dependent child dies as a result of an accident. AD&D benefits are also payable in the event of the loss of an eye or limb in an accident.

In the event of your death, the plan pays benefits to your beneficiary. In the event of the death of an enrolled dependent, the plan pays benefits to you.

### *Reduction Rule*

If you are an employee age 65 or older, your life and AD&D benefit will be reduced based on the reduction table to the right.

| Life and AD&D Insurance Benefit Reduction Table For Employees Age 65 and Older | |
|---|---|
| Age | Percent of Benefit |
| 65 but less than 66 | 92% |
| 66 but less than 67 | 84% |
| 67 but less than 68 | 76% |
| 68 but less than 69 | 68% |
| 69 but less than 70 | 60% |
| 70 but less than 71 | 52% |
| 71 but less than 72 | 44% |
| 72 but less than 73 | 36% |
| 73 but less than 74 | 28% |
| 74 and over | 20% |

### *Waiver of Premium Benefit*

If you are under age 60 and become totally disabled for more than nine months, your life insurance benefit may remain in effect and the premium to continue your insurance coverage will be waived for as long as you are disabled. This waiver of premium benefit must be approved by the life insurance carrier.

### *Exclusions*

The plan does not cover any losses where death is caused by, contributed to by, or results from:
- Suicide occurring within 24 months after your or your dependent's initial effective date of insurance; and
- Suicide occurring within 24 months after the date any increases or additional insurance become effective for you or your dependent.

These exclusions apply to any Supplemental Life Insurance benefits that you purchase for yourself.

Exhibit "2"

## Personal Accident Insurance Benefits

Your Personal ChoiceComp Plan offers optional coverage for Personal Accident Insurance. You can elect coverage for just yourself or for yourself and your eligible dependents. Benefits are payable if you or a covered dependent die in an accident.

You have several options for coverage, ranging from $25,000 to $300,000. Use this table to help in choosing your coverage. You can choose coverage for "You Only" or for "You and Your Spouse", "You and Your Child(ren)" or "Family" coverage. For example, if you elect $100,000 in coverage, your cost to cover you only would be $42 a year. If you chose $100,000 coverage for *Family*, the cost would be $88.20 a year. (See table below) Your cost for coverage is deducted from each paycheck on a before-tax basis.

### 2012 Voluntary Accident Benefit Monthly Cost
#### Monthly Cost

| Coverage Level | Ee Only | Ee & Spouse | Ee + Children | Family |
|---|---|---|---|---|
| $25,000 | $ 0.88 | $ 1.75 | $ 1.23 | $ 2.10 |
| $50,000 | $ 1.75 | $ 3.50 | $ 2.10 | $ 3.85 |
| $75,000 | $ 2.63 | $ 5.25 | $ 2.98 | $ 5.60 |
| $100,000 | $ 3.50 | $ 7.00 | $ 3.85 | $ 7.35 |
| $150,000 | $ 5.25 | $ 10.50 | $ 5.60 | $ 10.85 |
| $200,000 | $ 7.00 | $ 14.00 | $ 7.35 | $ 14.35 |
| $250,000 | $ 8.75 | $ 17.50 | $ 9.10 | $ 17.85 |
| $300,000 | $ 10.50 | $ 21.00 | $ 10.85 | $ 21.35 |
| No Coverage | $ - | $ - | $ - | $ - |

If you choose coverage for yourself only, the benefit amount will be paid to your beneficiary. If you choose coverage for you and your dependents, the dependents' benefit amount will be paid to you. The amount of insurance applicable to your dependents is shown in the following table.

| Benefits as a Percentage of Your Coverage | | | |
|---|---|---|---|
| Your Election | For You | For Your spouse | For Each Child |
| Employee Only Coverage | 100% | N/A | N/A |
| Employee + Spouse Coverage | 100% | 100% | N/A |
| Employee + Child(ren) | 100% | N/A | $10,000 |
| Family Coverage | 100% | 100% | $10,000 |

## Exclusions

The plan does not cover a loss that is caused by, contributed by, or resulting from intentionally self-inflicted injuries, any attempt at suicide, disease of the body, bodily or mental infirmity or while operating or learning to operate any aircraft. See the certificate of coverage available from the claims administrator for additional details on these and other exclusions.

## Applying for Benefits

To file a claim for Personal Accident Insurance benefits, contact your Human Resources Department. Please be sure that a family member is aware of these procedures.